UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMION NATHANIEL BROMFIELD,<br><br>        Petitioner,<br><br>    v.<br><br>A. NEIL CLARK, et al.,<br><br>        Respondents. | CASE NO. C06-757RSM<br><br>ORDER ON MOTION FOR RECONSIDERATION |

This matter is before the Court on petitioner's motion for reconsideration of the Court's June 11, 2007 Order denying him bond. Dkt. # 34. Such motions are disfavored and will be denied in the absence of "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier. . . ." Local Rule CR 7(h)(1). The Court deems it unnecessary to direct respondent to respond to the motion.

Petitioner has demonstrated no manifest error in the previous ruling, nor facts or legal authority which could not have been brought to the Court's attention earlier. His motion amounts to re-argument of issues presented earlier. The motion for reconsideration is accordingly DENIED. All subsequent motions filed by petitioner, namely the motion for judicial notice (Dkt. # 35), the amended motion for bond (Dkt. # 36) and the Motion for change of custody status (Dkt. # 38) are STRICKEN.

The Clerk shall close the file. Petitioner is advised that he shall file no further motions, apart from a Notice of Appeal.

DATED this 4 Day of September 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR
RECONSIDERATION - 1